COURT OF APPEALS
SECOND DISTRICT OF TEXAS
FORT WORTH
 
NO. 2-05-040-CV
 
  
R.W. 
ROGERS, SR.                                                                APPELLANT
  
V.
  
LAYNE 
HARWELL, ET AL.                                                        APPELLEES
 
  
------------
 
FROM 
THE 48TH DISTRICT COURT OF TARRANT COUNTY
 
------------
 
MEMORANDUM OPINION[1]
 
------------
        Appellant 
R.W. Rogers, Sr. appeals from the trial court’s interlocutory order denying 
his discovery motion.  The order is not an appealable interlocutory 
order.  See Tex. Civ. Prac. 
& Rem. Code Ann. § 51.014 (Vernon Supp. 2004-05).  Accordingly, 
we dismiss the appeal for want of jurisdiction.  See Tex. R. App. P. 42.3(a), 43.2(f); Stary 
v. DeBord, 967 S.W.2d 352, 352-53 (Tex. 1998).
    
   
                                                                  PER 
CURIAM
    
  
PANEL 
D:   LIVINGSTON, DAUPHINOT, and HOLMAN, JJ.
  
DELIVERED: 
April 7, 2005


NOTES
1.  
See Tex. R. App. P. 47.4.